IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS BOYLE *et al.*, <br>     *Plaintiff* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| UNITED STATES OF AMERICA, <br>     *Defendant* | : <br> : | No. 20-6219 |

## ORDER

**AND NOW**, this 10th day of August, 2022, upon consideration of the United States of America's Motion to Dismiss Claims and Exclude Evidence Barred by the FTCA Discretionary Function Exception (Doc. No. 30), Mr. Boyle's response in opposition (Doc. No. 31), the replies submitted thereto (Doc. Nos. 32 & 33), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion (Doc. No. 30) is **DENIED**.

                                              BY THE COURT:

                                              /s/ Gene E.K. Pratter
                                              GENE E.K. PRATTER
                                              UNITED STATES DISTRICT JUDGE